UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JOHN KELLEHER,
                Plaintiffs,

v.                                    **ORDER OF DISMISSAL**

FRED A. COOK, INC.,              17 CV 5424 (VB)
                Defendant.
--------------------------------------------------------------x

        The Court has been advised that the parties have settled this case.  Accordingly, it is hereby ORDERED that this action is dismissed as without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than June 29, 2020.  To be clear, any application to restore the action must be filed by June 29, 2020, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

        All scheduled conferences or other scheduled court appearances are cancelled.  Any pending motions are moot.

        The Clerk is instructed to close this case.

Dated: May 29, 2020
       White Plains, NY                  SO ORDERED:

                                                               _____
                                                  Vincent L. Briccetti
                                                  United States District Judge